IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATIE L. PHELPS, and DAVID PHELPS,<br><br>Plaintiffs,<br><br>vs.<br><br>MID-STATES UTILITY TRAILER SALES, INC., and AROLDO PEREZ GOMEZ,<br><br>Defendants. | 8:20CV538<br><br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MID-STATES UTILITY TRAiLER SALES, INC,<br><br>Third-Parry Plaintiff,<br><br>vs.<br><br>AROLDO PEREZ GOMEZ,<br><br>Third-Party Defendant. | |

This case is before the Court on the Joint Stipulation for Dismissal with Prejudice by the remaining parties. Filing 70. The Joint Stipulation, signed by counsel for the remaining parties, represents that the case has settled, that Plaintiffs dismiss with prejudice this action and any and all causes of action contained in it against all Defendants, and that Defendant/Third-Party Plaintiff Mid-States Utility Trailer Sales, Inc., dismisses any and all causes of action contained in its Third-Party Complaint against Third-Party Defendant Aroldo Perez-Gomez. Filing 70 at 1–2. The parties represent further that each party will pay its own court costs. Filing 70 at 2. Finally, they request that an Order be entered pursuant to the terms of their Joint Stipulation. Filing 70 at 2. Accordingly,

1

2

IT IS ORDERED as follows:

1. The remaining parties' Joint Stipulation for Dismissal with Prejudice by the remaining parties, Filing 70, is granted;

2. Plaintiffs' action and any and all causes of action contained in it against all Defendants are dismissed with prejudice;

3. Any and all causes of action of Defendant/Third-Party Plaintiff Mid-States Utility Trailer Sales, Inc., contained in its Third-Party Complaint against Third-Party Defendant Aroldo Perez-Gomez are dismissed; and

4. Each party shall pay its own court costs.

Dated this 10th day of August, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge